# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANDRE DERRELL BOWENS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-175 |
| v. | |
| CORRECT HEALTH MEDICAL, | |
| Defendant. | |

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's November 21, 2019, Report and Recommendation, (doc. 7), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 7), as the opinion of the Court and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 28th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA