# United States District Court
## Southern District of Georgia

ANDRE DERRELL BOWENS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-175

CORRECT HEALTH MEDICAL,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated February 28, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, judgment is entered dismissing Plaintiff's Complaint without prejudice. This case stands closed.

Approved by: _____

March 17, 2020 — *Date*

Scott L. Poff — *Clerk*

(By) Deputy Clerk